IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

FOREFRONT DERMATOLOGY, S.C.

        Plaintiff,                              Case No. _____

      v.

DR. TYLER VUKMER,

        Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Dr. Tyler Vukmer, by his attorneys Mary C. Flanner and Tiffany R. Mitchell, petitions for removal, and gives notice of removal, for this civil action filed in Circuit Court of Manitowoc County, Wisconsin, to the U.S. District Court for the Eastern District of Wisconsin, Green Bay Division, pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446. In support of this removal, Dr. Vukmer states as follows:

### COMPLIANCE WITH STATUTORY REQUIREMENTS

1. On January 2, 2026, Plaintiff Forefront Dermatology, S.C. filed a civil action against Dr. Tyler Vukmer in the Circuit Court for Manitowoc County, Wisconsin, case no: 2026CV000001. Electronic Filing Notice, page two of the Summons and the Complaint and are attached as Exhibit A. These are the only process, pleadings or orders served on Defendant in this action.

1

2. Dr. Vukmer was served with the Summons and Complaint on January 16, 2026. Defendant's removal of this action is timely because Defendant is removing this matter within 30 days of service. 28 U.S.C. § 1446(b).

## **JURISDICTION**

3. The Circuit Court for Manitowoc County is within the Eastern District of Wisconsin, Green Bay Division.

4. The United States District Court for the Eastern District of Wisconsin has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). This matter may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. Specifically, the facts supporting diversity jurisdiction are as follows:

<u>The Amount in Controversy Exceeds $75,000</u>

5. Plaintiff seeks damages that clearly exceed the amount in controversy threshold for removal. According to Plaintiff, "Dr. Vukmer owes no less than $145,191.78" for the alleged breach of contract. Compl. ¶ 25.

<u>Diversity of Citizenship Exists</u>

6. Plaintiff and Defendants are citizens of different states.

7. Plaintiff is a Wisconsin professional service corporation with a principal place of business in Manitowoc, Wisconsin. Id. ¶ 2.

8. Defendant is an adult resident of the State of Colorado, residing in Lakewood, Colorado 80214. Id. ¶ 3.

9. Defendant is not a citizen of Wisconsin. Therefore, the case is removable under 28 U.S.C. § 1441(b).

10. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because it has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this Court is in the district and division "embracing the place where [the State Court] action is pending." 28 U.S.C. § 1441(a).

11. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the Action to Plaintiff, and promptly will file a copy of this Notice of Removal with the Clerk of the Manitowoc County Circuit Court.

12. By removing this matter, Dr. Vukmer does not waive or intend to waive any defense or objection, including the right to move to transfer the case to the District Court for the District of Colorado.

**WHEREFORE**, Defendant Dr. Tyler Vukmer respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Circuit Court of Manitowoc County, Wisconsin to the United States District Court for the Eastern District of Wisconsin.

Dated this 5th day of February, 2026.

Respectfully submitted,

s/ Tiffany R. Mitchell
Mary C. Flanner (WI Bar No. 1013095)
Tiffany R. Mitchell (WI Bar No. 1131404)

Cross Law Firm S.C.
845 N. 11th Street
Milwaukee, WI 53233
(414) 224-0000 (phone)
(414) 273-7055 (Facsimile)
mflanner@crosslawfirm.com
tmitchell@crosslawfirm.com

ATTORNEYS FOR DEFENDANT
DR. TYLER VUKMER
